IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilson, Leon V

Printed: 01/29/09

Case Number: 08 B 01922
Judge: Goldgar, A. Benjamin
Filed: 1/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 9, 2008
Confirmed: April 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,801.00 |  |
| Secured: |  | 19,165.56 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,335.44 |
| Other Funds: |  | 1,300.00 |
| Totals: | 21,801.00 | 21,801.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | TCF Bank | Secured | 11,457.90 | 6,860.78 |
| 2. | TCF Bank | Secured | 1,270.00 | 760.45 |
| 3. | Washington Mutual | Secured | 19,064.10 | 11,416.83 |
| 4. | Cook County Treasurer | Secured | 1,600.00 | 90.00 |
| 5. | American General Finance | Secured | 750.00 | 37.50 |
| 6. | TCF Bank | Secured | 1,394.52 | 0.00 |
| 7. | Washington Mutual | Secured | 18,593.71 | 0.00 |
| 8. | TCF Bank | Secured | 10,682.84 | 0.00 |
| 9. | Wells Fargo Financial Bank | Unsecured | 3,513.44 | 0.00 |
| 10. | Cook County Treasurer | Unsecured | 6,533.96 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 5,407.80 | 0.00 |
| 12. | American General Finance | Unsecured | 2,427.47 | 0.00 |
| 13. | American General Finance | Secured |  | No Claim Filed |
| 14. | TCF Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 82,695.74 | $ 19,165.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 4.85 |
| 6.5% | 1,075.76 |
| 6.6% | 254.83 |
|  | $ 1,335.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Wilson, Leon V | Case Number:  08 B 01922 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/29/09 | Filed:  1/29/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

